Now in the Custody of the Children's Aid Society of Rochester, N. Y., Appellant.— Order reversed and motion denied, without costs. Held, that the temporary custody of the child should not have been awarded to the respondents pending the proceedings for the legal adoption of the child. All concurred, except McLennan, P. J., and Robson, J., who dissented.

Giovanni Banchetti, as Administrator, etc., of Matteo Mandica, Deceased, Respondent, v. Lake Shore and Michigan Southern Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred; Lambert, J., not sitting.

Fred M. Miller, Respondent, v. The Solvay Process Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John J. Nealon, Respondent, v. South Buffalo Railway Company, Appellant, Impleaded with Lackawanna Steel Company.— Order reversed, with ten dollars costs and disbursements, and motion denied, without costs. Held, that upon the facts disclosed by the record the plaintiff was not entitled to a bill of particulars. All concurred, except Robson, J., who dissented.

Thomas R. Stone, as Receiver, etc., Respondent, v. John W. Le Seur and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles Braun, as Administrator, etc., of Nicholas Braun, Deceased, Appellant, v. Buffalo General Electric Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Josephine Foryciarcz, as Administratrix, etc., of Peter Warzecha, Deceased, Respondent, v. American Gypsum Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Abram Durr, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alfred E. Aldridge, Respondent, v. Ætna Life Insurance Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury on the question of whether plaintiff had received medical attendance within two years before the date of the application to defendant for a policy is contrary to and against the weight of the evidence. All concurred, except Kruse and Robson, JJ., who dissented.

Felix Krueger, Appellant, v. The Broadway Brewing and Malting Company, and Others, Respondents.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Felix Krueger, Appellant, v. East Buffalo Brewing Company and Others, Respondents.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

The Roualet Wine Company, Respondent, v. Frederick Hipsh, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Charlotte Prior, as Administratrix, etc., of Orlando Prior, Deceased, Respondent, v. The Hunkin-Conkey Construction Company, Appellant.